[No. 10614–4–III.   Division Three.   May 9, 1991.]

THE STATE OF WASHINGTON, *on the Relation of Valentino Van Cleve Guy,* ET AL, *Petitioner,* v. YOLANDA MIRANDA, *Respondent,* ROBERT WAYNE GUY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 79–5–00188–1, Robert N. Hackett, Jr., J., entered January 12, 1990. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Shields, JJ.

[No. 10739–6–III.   Division Three.   May 9, 1991.]

GARY SHERRILL, *Appellant,* v. THE CITY OF BENTON CITY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 89–2–00661–5, Fred R. Staples, J., entered March 23, 1990. *Affirmed* by unpublished opinion per Shields, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 27210–1–I.   Division One.   May 13, 1991.]

GARY M. MERLINO, *Appellant,* v. THE CITY OF AUBURN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89–2–03907–9, Bobbe J. Bridge, J., entered May 8, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Baker and Kennedy, JJ.